STATE of Missouri, Respondent,

v.

Alonzo JONES, Appellant.

Alonzo JONES, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44241, 46308.

Missouri Court of Appeals,
Western District.

June 15, 1993.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Consolidated appeal from convictions of two counts of assault in the second degree, § 565.060, RSMo 1986, and one count of armed criminal action, § 571.015.1, RSMo 1986, with consecutive sentences totaling nineteen years; and an appeal from the denial of Rule 29.15 postconviction motion after an evidentiary hearing.

The convictions are affirmed pursuant to Rule 30.25(b) and the denial of post-conviction relief affirmed pursuant to Rule 84.16(b).